UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHETANN PATEL and HARSHIKA PATEL,** <br>     **Plaintiffs,** <br>     vs. <br> **U.S. BANK, N.A.** *et al.*, <br>     **Defendant(s).** | Case No.: 13-CV-01625 YGR <br><br> **ORDER DENYING** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiffs Chetann and Harshika Patel have filed an *Ex Parte* Motion for a Temporary Restraining Order to prevent a foreclosure sale set for April 18, 2013.

As set forth below, the Court **DENIES** Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order.

Rule 65 of the Federal Rules of Civil Procedure requires that actual notice must be given to the opposing party of the intention to seek a Temporary Restraining Order ("TRO"), the date and time for the hearing and the nature of the relief requested. Unless notice is provided, the moving party must provide a certified showing of extraordinary circumstances why such notice could not have been given. *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131-32 (9th Cir. 2006). Here, the Court has not been provided with any declaration showing why such notice could not have been given. A TRO is a drastic remedy and accordingly can only be given under proper circumstances.

Therefore, the Motion is **DENIED**.

This Order Terminates Docket Number 5.

**IT IS SO ORDERED.**
Date: April 17, 2013

                                                 _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**