UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHETANN PATEL and HARSHIKA PATEL,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**U.S. BANK, N.A.** *et al.*,<br><br>    Defendant(s). | Case No.: 13-CV-01625 YGR<br><br>**ORDER DENYING PLAINTIFFS' SECOND APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiffs Chetann and Harshika Patel have filed their second Motion for a Temporary Restraining Order. On June 14, 2013, the Court Dismissed their Complaint with Leave to Amend. With no operative complaint on file, the Court **DENIES** Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order.

This Order Terminates Docket Number 18.

**IT IS SO ORDERED.**

**Date: June 25, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**