**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHETANN PATEL AND HARSHIKA PATEL,** | Case No.: 13-CV-1625 YGR |
| Plaintiffs, | **ORDER REQUIRING PERSONAL APPEARANCE OF PLAINTIFFS' COUNSEL** |
| vs. | |
| **U.S. BANK, N.A., AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-HE1; WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** *et al.,* | |
| Defendants. | |

The Court is scheduled to hear argument on Plaintiffs' pending motion for leave to file an amended complaint at **2:00 p.m. on Tuesday, August 27, 2013**, in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.

The Court hereby **ORDERS** Megan Dailey, Plaintiffs' counsel of record, to appear for the hearing in person.

**IT IS SO ORDERED**.

Dated: August 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**